**FILED**
August 21, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>            Plaintiff, )<br>  )<br>v.    )<br>  )<br>VICTOR CEJA, )<br>  )<br>            Defendant. ) | Case No. MAG. 08-0285 DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release VICTOR CEJA, Case No. MAG. 08- 0285 DAD, Charge Title 21 USC §§ 846; 841(a)(1), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_   Release on Personal Recognizance

X   Bail Posted in the Sum of $ 150,000.00

    X   Unsecured Appearance Bond _co-signed by two aunts and two uncles_

    \_   Appearance Bond with 10% Deposit

    \_   Appearance Bond with Surety

    \_   Corporate Surety Bail Bond

    X   (Other) _Pretrial Services Supervision of conditions of release_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on August 21, 2008 at 3:05 pm.

By _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge